**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5683196 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1401 S. VIRGINIA ST**<br>**SUITE 100**<br>**RENO, NV 89502**<br>Number, Street, City, State & ZIP Code | **PO BOX 7296**<br>**RENO, NV 89510**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **WASHOE**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

      Name                                             Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor    **See Attachment** _____    Relationship _____

District _____ When _____    Case number, if known _____

---

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

              Contact name _____

              Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**
      Name

Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 18, 2017**
              MM / DD / YYYY

**X** **/s/ BRANDON KYLE FERGUSON**        **BRANDON KYLE FERGUSON**
    Signature of authorized representative of debtor        Printed name

Title   **PRESIDENT/ CEO**

---

**18. Signature of attorney**

**X** **/s/ STEPHEN R. HARRIS**        Date   **April 18, 2017**
    Signature of attorney for debtor            MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone   **775-786-7600**        Email address   **steve@harrislawreno.com**

**001463**
Bar number and State

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case number *(if known)* _____
Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **BOONFI LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |
| Debtor | **BRISTLECONE LENDING, LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |
| Debtor | **BRISTLECONE SPV I, LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |
| Debtor | **I DO LENDING, LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |
| Debtor | **MEDLY, LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |
| Debtor | **ONE ROAD LENDING, LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |
| Debtor | **WAGS LENDING, LLC** | | | Relationship to you | **SUBSIDIARY** |
| District | **NEVADA** | When | **4/18/17** | Case number, if known | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMERICAN EXPRESS P O BOX 981535 El Paso, TX 79998 | | CREDIT CARD PURCHASES | | | | $9,094.14 |
| ATP PARTNERS LLC 200 S. VIRGINIA ST 8TH FL RENO, NV 89501 | | GOODS/SERVICE | | | | $2,638.00 |
| BRETT COLEMAN FAMILY TRUST 539 RIVERSIDE DR. RENO, NV 89503 | | MONEY LOANED | | | | $42,773.85 |
| CAPITAL ONE BANK N.A. BANKRUPTCY DIVISION P O BOX 30285 SALT LAKE CITY, UT 84130-0285 | | CREDIT CARD PURCHASES | | | | $26,079.13 |
| CISION US INC. 1 PRUDENTIAL PLAZA, 7TH FLOOR CHICAGO, IL 60601 | | GOODS/SERVICE | | | | $7,257.75 |
| EYERYS LTD. 1 GLENDALE COURT KING STREET SINDLESHAM BERKSHIRE, ENGLAND RG41 SPW | | GOODS/SERVICE | | | | $6,843.29 |
| FETCH, LLC 6700 VIA AUSTI PKWY STE C LAS VEGAS, NV 89119 | | MONEY LOANED | | | | $119,483.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                           Best Case Bankruptcy

Debtor   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FIVE9 4000 EXECUTIVE PKWY, STE 400 SAN RAMON, CA 94583** | | **GOODS/SERVICE** | | | | **$3,625.54** |
| **HOLLAND & HART PO BOX 8749 DENVER, CO 80201** | | **GOODS/SERVICE** | | | | **$6,494.00** |
| **HOLLEY DRIGGS WALCH, ET AL. ATTN: ACCOUNTS RECEIVABLE 400 S. FOURTH ST., 3RD FL LAS VEGAS, NV 89101** | | **GOODS/SERVICE** | | | | **$15,000.00** |
| **INTACCT CORPORATION DEPT 3237 PO BOX 123237 DALLAS, TX 75312** | | **GOODS/SERVICE** | | | | **$4,830.00** |
| **IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL 60673** | | **GOODS/SERVICE** | | | | **$5,445.38** |
| **LEXISNEXIS RISK SOLUTION BUREAU 28330 NETWORK PLACE CHICAGO, IL 60673** | | **GOODS/SERVICE** | | | | **$28,037.45** |
| **METROPOLITAN EQUITY PARTNERS MANAGEMENT 70 EAST 55TH STREET 19TH FL NEW YORK, NY 10022** | | **GOODS/SERVICE** | | | | **$7,500.00** |
| **PAUL HASTINGS, LLP LOCKBOX 4803 PO BOX 894803 LOS ANGELES, CA 90189** | | **GOODS/SERVICE** | | | | **$5,076.90** |
| **RACKSPACE PO BOX 730759 DALLAS, TX 75373** | | **GOODS/SERVICE** | | | | **$4,626.30** |

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**          Case number *(if known)* _____
                     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RAYMOND & DEEDRA FERGUSON 310 WEST WILLIAMS AVENUE FALLON, NV 89406** | | **MONEY LOANED** | | | | **$5,000.00** |
| **TANNER LLC 36 SOUTH STATE STREET, STE 600 SALT LAKE CITY, UT 84111** | | **GOODS/SERVICE** | | | | **$50,847.00** |
| **WARREN J THOMPSON 825 VALLEYWOOD DR. SE SALEM, OR 97306** | | **GOODS/SERVICE** | | | | **$3,000.00** |
| **WORLDWIDE EXPRESS 5000 MEADOWS ROAD, STE 440 LAKE OSWEGO, OR 97035** | | **GOODS/SERVICE** | | | | **$5,352.26** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                               Case No. _____
                                                            Debtor(s)                 Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **ACTUAL FEES/COSTS** |
| Prior to the filing of this statement I have received | $ | **13,717.00** |
| Balance Due | $ | **UNKNOWN** |

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **April 18, 2017** | **/s/ STEPHEN R. HARRIS** |
| *Date* | **STEPHEN R. HARRIS** |
| | *Signature of Attorney* |
| | **HARRIS LAW PRACTICE LLC** |
| | **6151 LAKESIDE DRIVE** |
| | **SUITE 2100** |
| | **RENO, NV 89511** |
| | **775-786-7600  Fax: 775-786-7764** |
| | **steve@harrislawreno.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Nevada

In re    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case No.
                              Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ALETHIA HOLDINGS, LLC 255 N. SIERRA STREET SUITE 608 RENO, NV 89501** | **FOUNDER** | **865,000** | **STOCK** |
| **AMENDED AND RESTATED CEBULKO FAMILY TRUST 113 QUAIL RUN ROAD HENDERSON, NV 89014** | **PREFERRED** | **6,557** | **STOCK** |
| **BLUE WATER HOLDINGS, LTD 1765 DAKOTA RIDGE TRAIL RENO, NV 89523** | **PREFERRED** | **3,279** | **STOCK** |
| **DRACO VENTURES, LLC 1195 BELFORD DRIVE RENO, NV 89509** | **FOUNDER** | **170,000** | **STOCK** |
| **FERGUSON, RAYMOND & DEEDRA 310 WEST WILLIAMS AVE. FALLON, NV 89406** | **PREFERRED** | **32,787** | **STOCK** |
| **FETCH, LLC 222 VIA MARNELL WAY LAS VEGAS, NV 89119** | **FOUNDER/PREFERRED/WARRANTS** | **284,267** | **STOCK** |
| **G. BLAKE & RUTH F. SMITH FAMILY TRUST ONE EAST LIBERT STREET SUITE 444 RENO, NV 89501** | **PREFERRED** | **6,557** | **STOCK** |
| **GARDNER FAMILY TRUST 9028 PARK FOREST COURT LAS VEGAS, NV 89134** | **PREFERRED** | **6,557** | **STOCK** |
| **S & B 2028, LLC 11500 S. EASTERN AVE. SUITE 210 HENDERSON, NV 89052-5576** | **PREFERRED** | **6,557** | **STOCK** |
| **SENAHILL INVESTMENT GROUP, LLC 115 BROADWAY SUITE 301 NEW YORK, NY 10006** | **FOUNDER/PREFERRED** | **281,967** | **STOCK** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS** _____    Case No. _____
                                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **STUART R. ENGS, JR AND JANE N. ENGS FAMILY TRUST 5 WILD RIDGE COURT LAS VEGAS, NV 89135** | **PREFERRED** | **6,557** | **STOCK** |
| **SWSD, LLC 2300 W. SAHARA AVE. SUITE 110 LAS VEGAS, NV 89102-4354** | **PREFERRED** | **32,787** | **STOCK** |
| **THE BRETT COLEMAN FAMILY TRUST 539 RIVERSIDE DRIVE RENO, NV 89503** | **FOUNDER/PREFERRED/WARRANTS** | **46,667** | **STOCK** |
| **TIMOTHY CASHMAN & DENISE CASHMAN FAMILY TRUST 2300 W. SAHARA AVE. SUITE 1110 LAS VEGAS, NV 89102-4354** | **PREFERRED** | **6,557** | **STOCK** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT/ CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 18, 2017** _____    Signature    **/s/ BRANDON KYLE FERGUSON**
                                                                       **BRANDON KYLE FERGUSON**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re __BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS__

Debtor(s)

Case No. _____

Chapter __11__


# VERIFICATION OF CREDITOR MATRIX


I, the PRESIDENT/ CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date: __April 18, 2017__

/s/ BRANDON KYLE FERGUSON

**BRANDON KYLE FERGUSON/PRESIDENT/ CEO**
Signer/Title

```
BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS
PO BOX 7296
RENO, NV 89510

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ALETHIA HOLDINGS, LLC
255 N. SIERRA STREET
SUITE 608
RENO, NV 89501

ALICIA GARCIA
C/O HENRY WOLFE, ESQ.
THE WOLF LAW FIRM, LLC
1520 US HIGHWAY 130- STE 101
NORTH BRUNSWICK, NJ 08902

AMENDED AND RESTATED CEBULKO
FAMILY TRUST
113 QUAIL RUN ROAD
HENDERSON, NV 89014

AMERICAN EXPRESS
P O BOX 981535
EL PASO, TX 79998
```

APPLIED STAFFING SOLUTIONS LLC
890 E. PATRIOT BLVD, STE E
RENO, NV 89511

ATP PARTNERS LLC
200 S. VIRGINIA ST
8TH FL
RENO, NV 89501

AVALARA INC.
DEPT 16781
PALATINE, IL 60055

BELATRIX SOFTWARE, INC.
444 BRICKELL AVE, STE 54-473
MIAMI, FL 33131

BLUE WATER HOLDINGS, LTD
1765 DAKOTA RIDGE TRAIL
RENO, NV 89523

BRETT COLEMAN FAMILY TRUST
539 RIVERSIDE DR.
RENO, NV 89503

BRIAN G. DAVIS
C/O MARK SMALLHOUSE, ESQ.
10775 DOUBLE R. BLVD., STE 106
RENO, NV 89521

CAPITAL ONE BANK N.A.
BANKRUPTCY DIVISION
P O BOX 30285
SALT LAKE CITY, UT 84130-0285

CISION US INC.
Acct No x-xx9639
1 PRUDENTIAL PLAZA, 7TH FLOOR
CHICAGO, IL 60601

DRACO VENTURES, LLC
1195 BELFORD DRIVE
RENO, NV 89509

ERNEST PACKING SOLUTIONS
360 LILLARD DRIVE
SPARKS, NV 89434

EYERYS LTD.
1 GLENDALE COURT KING STREET
SINDLESHAM BERKSHIRE, ENGLAND RG41 SPW

FERGUSON, RAYMOND & DEEDRA
310 WEST WILLIAMS AVE.
FALLON, NV 89406

FETCH, LLC
6700 VIA AUSTI PKWY
STE C
LAS VEGAS, NV 89119

FETCH, LLC
222 VIA MARNELL WAY
LAS VEGAS, NV 89119

FIVE9
4000 EXECUTIVE PKWY, STE 400
SAN RAMON, CA 94583

G. BLAKE & RUTH F. SMITH FAMILY TRUST
ONE EAST LIBERT STREET
SUITE 444
RENO, NV 89501

GARDNER FAMILY TRUST
9028 PARK FOREST COURT
LAS VEGAS, NV 89134

GBS 1401 S. VIRGINIA ST., LLC
ATTN: BLAKE SMITH
1 EAST LIBERTY STREET
SUITE 444
RENO, NV 89501

HOLLAND & HART
PO BOX 8749
DENVER, CO 80201

HOLLEY DRIGGS WALCH, ET AL.
ATTN: ACCOUNTS RECEIVABLE
400 S. FOURTH ST., 3RD FL
LAS VEGAS, NV 89101

INFLUENCE AND CO
2005 W. BROADWAY, BUILDING A
STE 210
COLUMBIA, MO 65203

INTACCT CORPORATION
DEPT 3237
PO BOX 123237
DALLAS, TX 75312

IOWA CONSUMER CREDIT ADMINISTRATION FUND
ATTN: NOTIFICATION AND FEES ADMIN
1305 E. WALNUT STREET
DES MOINES, IA 50319

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673

LEXISNEXIS RISK SOLUTION BUREAU
28330 NETWORK PLACE
CHICAGO, IL 60673

METROPOLITAN EQUITY PARTNERS MANAGEMENT
70 EAST 55TH STREET
19TH FL
NEW YORK, NY 10022

MICHAEL D. HOY, ESQ.
50 W. LIBERTY, ST.
STE 840
RENO, NV 89501

MICHAEL PAGNI, ESQ.
MCDONALD CARANO WILSON, LLC
PO BOX 2670
RENO, NV 89505

MONTEREY FINANCIAL SERVICES, INC.
PROFIT SHARING PLAN AND TRUST
4095 AVENIDA DE LA PLATA
OCEANSIDE, CA 92056

NEXHILL FINANCING, LLC
C/O MARK SMALLHOUSE, ESQ.
10775 DOUBLE R BLVD., STE 106
RENO, NV 89521

NEXTEP FUNDING, LLC
C/O MARK SMALLHOUSE, ESQ.
10775 DOUBLE R BLVD., STE 106
RENO, NV 89521

PAUL HASTINGS, LLP
LOCKBOX 4803
PO BOX 894803
LOS ANGELES, CA 90189

PULIZ RECORD MANAGEMENT
1095 STANDARD ST
RENO, NV 89506

RACKSPACE
PO BOX 730759
DALLAS, TX 75373

RAYMOND & DEEDRA FERGUSON
310 WEST WILLIAMS AVENUE
FALLON, NV 89406

S & B 2028, LLC
11500 S. EASTERN AVE.
SUITE 210
HENDERSON, NV 89052-5576

```
S.C. DEPT OF CONSUMER AFFAIRS
LEGAL DIVISION- REGISTERED CREDITORS
PO BOX 5246
COLUMBIA, SC 29250

SAMUEL L. PAUL
C/O MARK SMALLHOUSE, ESQ.
10775 DOUBLE R BLVD
RENO, NV 89521

SENAHILL INVESTMENT GROUP, LLC
115 BROADWAY
SUITE 301
NEW YORK, NY 10006

STUART R. ENGS, JR AND JANE N. ENGS
FAMILY TRUST
5 WILD RIDGE COURT
LAS VEGAS, NV 89135

SWSD, LLC
2300 W. SAHARA AVE.
SUITE 110
LAS VEGAS, NV 89102-4354

TANNER LLC
36 SOUTH STATE STREET, STE 600
SALT LAKE CITY, UT 84111

THE BRETT COLEMAN FAMILY TRUST
539 RIVERSIDE DRIVE
RENO, NV 89503

TIMOTHY CASHMAN & DENISE CASHMAN
FAMILY TRUST
2300 W. SAHARA AVE.
SUITE 1110
LAS VEGAS, NV 89102-4354

TODD COPENHAVER, ARCHITECT PC
1340 NIXON AVE.
RENO, NV 89509

TREASURER, STATE OF MAINE
BUREAU OF CONSUMER CREDIT PROTECTION
#35 STATE HOUSE STATION
AUGUSTA, ME 04333

WARREN J THOMPSON
825 VALLEYWOOD DR. SE
SALEM, OR 97306
```

```
WESTMINSTER NATIONAL CAPITAL CO.
C/O JACK COOK
PRINCETON ALTERNATIVE FUNDING
100 CANAL POINTE BLVD., STE 208
PRINCETON, NJ 08540

WORLDWIDE EXPRESS
5000 MEADOWS ROAD, STE 440
LAKE OSWEGO, OR 97035
```

# United States Bankruptcy Court
### District of Nevada

In re   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**     Case No.

                                                 Debtor(s)      Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ALETHIA HOLDINGS, LLC**
**255 N. SIERRA STREET**
**SUITE 608**
**RENO, NV 89501**

**FETCH, LLC**
**222 VIA MARNELL WAY**
**LAS VEGAS, NV 89119**

**SENAHILL INVESTMENT GROUP, LLC**
**115 BROADWAY**
**SUITE 301**
**NEW YORK, NY 10006**

☐ None [*Check if applicable*]

**April 18, 2017**
Date

**/s/ STEPHEN R. HARRIS**
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

## United States Bankruptcy Court
### District of Nevada

In re __BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS__

Debtor(s)

Case No. _____

Chapter __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **BRANDON KYLE FERGUSON**, declare under penalty of perjury that I am the **PRESIDENT/ CEO** of **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __13TH__ day of __APRIL__, 20 __17__ .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRANDON KYLE FERGUSON**, **PRESIDENT/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRANDON KYLE FERGUSON**, **PRESIDENT/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRANDON KYLE FERGUSON**, **CEO** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date __April 13, 2017__

Signed  /s/ Brandon Kyle Ferguson

**BRANDON KYLE FERGUSON**

Resolution of Board of Directors
of
**BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRANDON KYLE FERGUSON, PRESIDENT/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRANDON KYLE FERGUSON, PRESIDENT/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRANDON KYLE FERGUSON, PRESIDENT/CEO** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **April 13, 2017**  _____     Signed  **/s/ Brandon Kyle Ferguson** _____

Date  **April 13, 2017**  _____     Signed  _____