STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

BRISTLECONE, INC. DBA
BRISTLECONE HOLDINGS,
_____/

BOONFI LLC,
_____/

BRISTLECONE LENDING, LLC,
_____/

BRISTLECONE SPV I, LLC
_____/

I DO LENDING, LLC
_____/

MEDLY, LLC
_____/

ONE ROAD LENDING, LLC
_____/

WAGS LENDING, LLC

    Debtors.
_____/

Case No. 17-50472-btb
Case No. 17-50473-btb
Case No. 17-50474-btb
Case No. 17-50475-btb
Case No. 17-50476-btb
Case No. 17-50478-btb
Case No. 17-50479-btb
Case No. 17-50480-btb
(Joint Administration Request Pending)

(Chapter 11)

**DECLARATION OF B. KYLE FERGUSON IN SUPPORT OF EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS AND FOR APPROVAL OF INTERCOMPANY CASH MANAGEMENT SYSTEM**

Hearing Date:  OST Pending
Hearing Time:  OST Pending
Est. Time:     15 minutes
Set by:        Judge Beesley

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

1

I, B. Kyle Ferguson, hereby declare as follows:

1. I am over the age of 18 and am mentally competent. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors, information learned from my review of relevant documents and information supplied to me by other members of Debtors' management and various business and legal advisors.

2. I am the duly appointed President and CEO of BRISTLECONE, INC., dba BRISTLECONE HOLDINGS ("Bristlecone"). The other seven (7) related Debtors are wholly owned subsidiaries of Bristlecone.

3. I have read the EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS AND FOR APPROVAL OF INTERCOMPANY CASH MANAGEMENT SYSTEM ("Motion") and attest that the contents therein, including exhibits, are true and correct to the best of my knowledge, information and belief.

4. As can be seen from the attached Exhibit "A" to the Motion, the Debtors seek to maintain their prepetition Bank Accounts and intercompany cash management system, as it would be extremely burdensome and disruptive to the Debtors' ongoing business operations to close these accounts and open new Debtor-in-Possession accounts. As the representative of the Debtors, I believe in my best business judgment that it is in the best interest of these estates and creditors to maintain the Bank Accounts as they existed prepetition.

5. Following is a summary to explain the Debtors' typical pre-petition use of their Bank Accounts and the intercompany transfers that occur on a regular basis to maintain ongoing business operations:

Daily:

For daily payments to retailers to fund customer leasing contracts, Debtors must ensure that each entity's account is sufficiently funded to cover the outgoing ACH payments to retailers. On a typical day, Debtors receive incoming ACH's from their servicer, Monterey Financial, for contracts that Monterey Financial has purchased from the Debtors. These incoming ACH's fund the following Wells Fargo accounts daily:

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

2

1  ******5780    One Road
2  ******6753    WAGS
3  ******5553    I DO
4  ******4643    Bristlecone Financing
5  ******0394    Boon LLC

If any given entity/product-specific account does not have sufficient funds for the day's outgoing ACH's, intercompany transfers between any of the other accounts above cover the deficit.

<u>Weekly</u>:

For weekly entity-wide or overhead Accounts Payable/Check Run, Debtors submit payments by Friday each week. Thus, the funds must be available in the main Bristlecone account by Thursday each week via intercompany transfers from the other entity/product-specific accounts. The main account that needs to be funded for entity-wide or overhead Accounts Payable is the main Bristlecone account with the following Wells Fargo account number:

******4635    Bristlecone Holdings

This main account receives intercompany transfers from the Wells Fargo accounts with the following numbers:

******5780    One Road
******6753    WAGS
******5553    I DO
******4643    Bristlecone Financing
******0394    Boon LLC

The Debtors must also pay commissions to their sales account managers as part of the weekly Accounts Payable/Check Run processing. As these sales account managers perform work based on product lines that they support, the Debtors pay commissions out of the entity/product-specific accounts. These accounts are as listed below:

******5780    One Road

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

3

| | | |
|---|---|---|
| 1 | ******6753 | WAGS |
| 2 | ******5553 | I DO |
| 3 | ******4643 | Bristlecone Financing |
| 4 | ******0394 | Boon LLC |

Another item due on a weekly basis each Wednesday is a wire to FRS BC as assignee to Princeton Alternative Funding. Typically, on Tuesday each week, the Debtors receive an incoming wire from the servicer Monterey, with a payout of servicing income received since the last payout. This wire is received into the SPV1 - Incoming account. The outgoing wire to FRS BC is paid out of the SPV1 – Outgoing. The Debtors ensure that the SPV1 – Outgoing account is funded by Tuesday each week via an intercompany transfer from the SPV1 – Incoming account. The applicable Wells Fargo account numbers are as follows:

******2732    SPV1 - Outgoing
******2757    SPV1 - Incoming

Bi-weekly:

Every other week, the Debtors must fund Payroll for employees. The Payroll direct deposit is due to each employee on Friday of the Payroll week or the last business day of the week if there is a holiday. During a Payroll week, the Debtors' Human Resources/Payroll provider, TriNet, deducts the funds needed for Payroll from the main Bristlecone Holdings account. This deduction occurs on either Thursday or the day before TriNet direct deposits funds into employee accounts, whichever is earlier. So, Debtors must ensure that the main Bristlecone Holdings account has sufficient funding by Wednesday. The Wells Fargo account used to fund Payroll is below:

******4635    Bristlecone Holdings

If the main Bristlecone Holdings account does not have sufficient funds for the bi-weekly Payroll, intercompany transfers from the entity/product-specific accounts to the main Bristlecone Holdings account covers the deficit. The Wells Fargo account numbers used for the intercompany transfers to cover Payroll are:

******5780    One Road

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

4

| | | |
|---|---|---|
| 1 | ******6753 | WAGS |
| 2 | ******5553 | I DO |
| 3 | ******4643 | Bristlecone Financing |
| 4 | ******0394 | Boon LLC |

Monthly:

6. Wells Fargo charges bank fees to any given account around the 12th of each month. Typically, intercompany transfers occur from the main Bristlecone Holdings ******4635 Wells Fargo account to cover bank fees charged to any other Wells Fargo account. For any account without sufficient funds to cover the bank fees, the Debtors utilize intercompany transfers between any of the Wells Fargo accounts below:

| | |
|---|---|
| ******5780 | One Road |
| ******6753 | WAGS |
| ******5553 | I DO |
| ******4635 | Bristlecone Holdings |
| ******4643 | Bristlecone Financing |
| ******6810 | Bristlecone Inc. - Checking |
| ******2732 | SPV1 - Outgoing |
| ******2757 | SPV1 - Incoming |
| ******0394 | Boon LLC |

6. For post-petition reporting purposes, the Debtors will carefully track in their individual cash transaction ledgers and financial statements all incoming and outgoing cash, including intercompany transfers.

7. In order to avoid possible irreparable harm to the continuing business operations of the Debtors, it is imperative that the Debtors have a seamless continued use of their existing pre-petition Bank Accounts. Interruption in the payment and honoring of ACH Debits will result in the loss of customers and revenues which will be detrimental to the Debtors' Chapter 11 reorganization process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

5

1 knowledge and belief.

2     Dated this 21 day of April, 2017.

_____
B. Kyle Ferguson, President
Bristlecone, Inc. dba Bristlecone Holdings

Stephen R. Harris, Esq.
Harris Law Practice LLC
6151 Lakeside Drive,
Suite 2100
Reno, NV 89511
775 786 7600

6