**Fill in this information to identify the case:**

Debtor name   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50472**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*................................................................  $ 0.00

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................  $ 278,047.98

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*...............................................................  $ 278,047.98

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ 0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ 0.00

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ 3,404,036.19

4.   **Total liabilities** ................................................................
  Lines 2 + 3a + 3b

$ 3,404,036.19

**Fill in this information to identify the case:**

Debtor name    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50472**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | WELLS FARGO | CHECKING | 4635 | $150,557.11 |
| 3.2. | UTAH COMMUNITY BANK | CHECKING | 5856 | $0.50 |
| 3.3. | WELLS FARGO BANK | CHECKING ACCOUNT | 6810 | $1,630.61 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $152,188.22

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**
Name

Case number *(if known)*  **17-50472**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity: | % of ownership | |

| | Name of entity | % of ownership | | | Current value |
|---|---|---|---|---|---|
| 15.1. | 100% MEMBER'S INTEREST IN BOONFI LLC | 100 % | % | | Unknown |
| 15.2. | 100% MEMBER'S INTEREST IN BRISTLECONE LENDING, LLC | 100% | % | | Unknown |
| 15.3. | 100% MEMBER'S INTEREST IN BRISTLECONE SPV I, LLC | 100% | % | | Unknown |
| 15.4. | 100% MEMBER'S INTEREST IN I DO LENDING, LLC | 100% | % | | Unknown |
| 15.5. | 100% MEMBER'S INTEREST IN MEDLY LLC | 100% | % | | Unknown |
| 15.6. | 100% MEMBER'S INTEREST IN ONE ROAD LENDING, LLC | 100% | % | | Unknown |
| 15.7. | 100% MEMBER'S INTEREST IN WAGS LENDING, LLC | 100% | % | | Unknown |

| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1<br>Describe: | | |
|---|---|---|---|

| 17. | Total of Part 4.<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |
|---|---|---|---|

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**    Case number *(if known)* **17-50472**
Name

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>MISC. OFFICE FURNITURE & EQUIPMENT AT 1401 S. VIRGINIA STREET, STE. 100, RENO, NV 89502 | $119,610.20 | Recent cost | $119,610.20 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>MISC. COMPUTER TABLETS AND KIOSKS | $6,249.56 | Recent cost | $6,249.56 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | $125,859.76 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

---

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**    Case number *(If known)*  17-50472
     Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  LEASEHOLD IMPROVEMENTS | | $42,378.38 | Recent cost | $0.00 |

**56.**  **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| $0.00 |

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** ORIGINATION/ PRICING LOGIC AND ALGORITHMS FOR APPROVAL AND PRICING AND CUSOMIZED LEASE AGREEMENTS | $0.00 | | Unknown |
| BRISTLECONE HOLDINGS TRADEMARK | $0.00 | N/A | Unknown |
| BOON MOBILE TRADEMARK | $0.00 | | Unknown |
| BOON PET TRADEMARK | $0.00 | | Unknown |
| BOON BRIDAL TRADEMARK | $0.00 | | Unknown |
| BOON GOODS TRADEMARK | $0.00 | | Unknown |
| BOON AUTO TRADEMARK | $0.00 | | Unknown |
| BOON MED TRADEMARK | $0.00 | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case number *(if known)*  17-50472
_____Name_____

|  | | | |
|---|---|---|---|
| BARKIFY TRADEMARK | $0.00 | | Unknown |
| BARKIFY LOGO | $0.00 | | Unknown |
| BOON TRADEMARK | $0.00 | | Unknown |
| BOON LOGO TRADEMARK | $0.00 | | Unknown |
| BOONFI TRADEMARK | $0.00 | | Unknown |
| BRISTLECONE HOLDINGS TRADEMARK | $0.00 | | Unknown |

| 61. | Internet domain names and websites CUSTOM BUILT SALESFORCE INFRASTRUCTURE, CUSTOM BUILT SOFTWARE PLATFORM, CUSTOM BUILDING ALTERY X WORKFLOWS AND OTHER CUSTOM BUILD SOFTWARE TOOLS, CUSTOMIZED WEB PAGES, COST AND TERMS SOFTWARE | $0.00 | | Unknown |
|---|---|---|---|---|

62.    Licenses, franchises, and royalties

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill
MISC. GOODWILL                                            $0.00                    Unknown

66.    **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                            $0.00

67.    Do your lists or records include **personally identifiable information** of customers (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☒ No
☐ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

Debtor    BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS          Case number *(If known)* 17-50472
   Name

                         **Current value of**
                         **debtor's interest**

| | |
|---|---|
| **71.**   **Notes receivable**<br>   Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>   Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit**<br>   **has been filed)** | |

**POTENTIAL CAUSES OF ACTION FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AGAINST NEXTEP FUNDING, LLC; NEXTEP FINANCE, LLC; PINOGY RETAIL SERVICES, LLC; SAM PAUL; BRIAN DAVIS; ROB COOK & DUSTY WUNDERLICH**               Unknown

Nature of claim
Amount requested          $0.00

**POTENTIAL CAUSES OF ACTION FOR BREACH OF CONTRACT AGAINST NEXTEP FUNDING, LLC; NEXTEP FINANCE, LLC; SAM PAUL; BRIAN DAVIS; DUSTY WUNDERLICH; SAUL PEREZ; LUCAS COMBS AND NICK BREWER**               Unknown

Nature of claim
Amount requested          $0.00

**POTENTIAL CAUSES OF ACTION FOR BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING AGAINST NEXTEP FUNDING, LLC; NEXTEP FINANCE, LLC; SAM PAUL AND BRIAN DAVIS**               Unknown

Nature of claim
Amount requested          $0.00

**POTENTIAL CAUSES OF ACTION FOR BAD FAITH LENDER LIABILITY AND RELATED CLAIMS AGAINST WESTMINSTER NATIONAL CAPITAL CO., LLC AND PHIL BURGESS, AND THEIR ASSIGNEES OR SUCCESSORS-IN-INTEREST**               Unknown

Nature of claim
Amount requested          $0.00

**POTENTIAL CAUSES OF ACTION FOR MISAPPROPRIATION OF CONFIDENTIAL INFORMATION AND TRADE SECRETS AGAINST NEXTEP FUNDING, LLC; NEXTEP FINANCE, LLC; PINOGY RETAIL SERVICES, LLC; ROB COOK; SAM PAUL; BRIAN DAVIS; DUSTY WUNDERLICH; SAUL PEREZ; LUCAS COMBS AND NICK BREWER**               Unknown

Nature of claim
Amount requested          $0.00

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor    __BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS__                    Case number *(If known)*  __17-50472__
       Name

**POTENTIAL CAUSES OF ACTION FOR DEFAMATION
AGAINST NEXTEP FUNDING, LLC; NEXTEP FINANCE,
LLC; PINOGY RETAIL SERVICES, LLC; SAM PAUL AND
BRIAN DAVIS**                                                                              Unknown

Nature of claim

Amount requested                               $0.00

**POTENTIAL CAUSES OF ACTION FOR INTERNATIONAL
INTERFERENCE WITH PROSPECTIVE ECONOMIC
ADVANTAGE AGAINST NEXTEP FUNDING, LLC;
NEXTEP FINANCE, LLC; PINOGY RETAIL SERICES,
LLC; SAM PAUL; BRIAN DAVIS; ROB COOK & DUSTY
WUNDERLICH**                                                                              Unknown

Nature of claim

Amount requested                               $0.00

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

               $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**          Case number *(if known)*  **17-50472**
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,188.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $125,859.76 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $278,047.98  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $278,047.98 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50472**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50472**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>8X8, INC.<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  GOODS/SERVICES<br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,237.71** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>ALICIA GARCIA<br>C/O HENRY WOLFE, ESQ.<br>THE WOLF LAW FIRM, LLC<br>1520 US HIGHWAY 130- STE 101<br>NORTH BRUNSWICK, NJ 08902<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim:  PENDING LITIGATION<br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>ALISON DAWLEY<br>4602 NEIL RD.<br>#68<br>Reno, NV 89502<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT<br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>AMENDED AND RESTATED CEBULKO FAMILY TST<br>113 QUAIL RUN ROAD<br>Henderson, NV 89014<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  CONVERTIBLE DEBT<br>Is the claim subject to offset? ☑ No ☐ Yes | **$11,545.28** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          47996          Best Case Bankruptcy

| Debtor | BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS | | Case number (if known) | 17-50472 |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,621.44 |
|---|---|---|---|
| | AMERICAN EXPRESS<br>P O BOX 981535<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  CREDIT CARD PURCHASES | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | ANDREW HENDRICKSEN<br>2357 MEOLDY LN<br>Reno, NV 89512 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | ANEGLA RODRIGUEZ<br>798 CHARI SR.<br>Carson City, NV 89706 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,168.76 |
|---|---|---|---|
| | APPLIED STAFFING SOLUTIONS LLC<br>890 E. PATRIOT BLVD, STE E<br>RENO, NV 89511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  GOODS/SERVICE | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,903.97 |
|---|---|---|---|
| | ATP PARTNERS LLC<br>2126 THOMAS JEFFERSON DRIVE<br>Reno, NV 89509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  CONVERTIBLE DEBT | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $962.00 |
|---|---|---|---|
| | AVALARA INC.<br>DEPT 16781<br>PALATINE, IL 60055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  GOODS/SERVICE | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.00 |
|---|---|---|---|
| | BELATRIX SOFTWARE, INC.<br>444 BRICKELL AVE, STE 54-473<br>MIAMI, FL 33131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  GOODS/SERVICE | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**          Case number (if known)    **17-50472**
      Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,545.28 |
|---|---|---|---|

**BLUE WATER HOLDINGS LTD., A NEVADA CO.**
**1765 DAKOTA RIDGE TRAIL**
**Reno, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505,325.76 |
|---|---|---|---|

**BRETT COLEMAN FAMILY TRUST**
**539 RIVERSIDE DR.**
**RENO, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  MONEY LOANED

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,090.57 |
|---|---|---|---|

**BRETT COLEMAN FAMILY TRUST**
**539 RIVERSIDE DRIVE**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BRIAN G. DAVIS**
**C/O MARK SMALLHOUSE, ESQ.**
**10775 DOUBLE R. BLVD., STE 106**
**RENO, NV 89521**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRONTEE GABLE**
**4041 DESERT FOX DR**
**Sparks, NV 89436**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKE ROSE BRUMFIELD**
**1980 STONERIDGE DR.**
**PO BOX 564**
**Verdi, NV 89439**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,079.13 |
|---|---|---|---|

**CAPITAL ONE BANK N.A.**
**BANKRUPTCY DIVISION**
**P O BOX 30285**
**SALT LAKE CITY, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  CREDIT CARD PURCHASES

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**          Case number (if known)    **17-50472**
       Name

| | | |
|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.99 |

**3.19** | Nonpriority creditor's name and mailing address
CARNEY, MICHAEL
17000 WEDGE PKWY UNIT 1123
Reno, NV 89511

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $128.99
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICES

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
CENTRINEX, LLC
10310 WEST 84TH TERRACE
Overland Park, KS 66214

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $13,507.93
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICES

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
CESAR MORENO
5569 SIDEHILL DR.
Sun Valley, NV 89433

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
CHELSEA ALLRED
4500 MIRA LOMA DR.
APT. 403
Reno, NV 89502

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
CISION US INC.
1 PRUDENTIAL PLAZA, 7TH FLOOR
CHICAGO, IL 60601

Date(s) debt was incurred __
Last 4 digits of account number  9639

As of the petition filing date, the claim is: *Check all that apply.*    $7,257.75
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICE

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
CT CORPORATION
P.O. BOX 4349
Carol Stream, IL 60197-4349

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $211.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICES

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
DAMONTE, AUDREY
3000 LAVA RIDGE COURT
SUITE 130
Roseville, CA 95661

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $31,935.59
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case number (if known)    **17-50472**
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DANELLE GORDON**
**3375 EVERETT DR.**
**Reno, NV 89503**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DAWN WIELAND**
**UNKNOWN**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DIANA ESCOBEDO**
**177 ELGES WAY**
**Sparks, NV 89431**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DOUG HARDING**
**1690 CRYSTAL AIR DR.**
**South Lake Tahoe, CA 96150**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUSTIN WUNDERLICH**
**255 N. SIERRA STREET**
**UNIT 608**
**Reno, NV 89501**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDUARDO MALDONADO-MENDOZA**
**2639 11TH STREET**
**Sparks, NV 89431**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**   Case number (if known)  **17-50472**
　　　　Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.32** Nonpriority creditor's name and mailing address
ERIK OLSEN
3520 YOSEMITE PLACE
Reno, NV 89503

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
ERNEST PACKING SOLUTIONS
360 LILLARD DRIVE
SPARKS, NV 89434

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$158.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  GOODS/SERVICE
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
EYERYS LTD.
1 GLENDALE COURT KING STREET
SINDLESHAM BERKSHIRE, ENGLAND RG41
SPW

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$6,843.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  GOODS/SERVICE
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
FERGUSON, RAYMOND & DEEDRA
310 WEST WILLIAMS AVENUE
FALLON, NV 89406

Date(s) debt was incurred  3/9/2015
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$63,428.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  MONEY LOANED
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
FERRARI, DAVID JAMES
P.O. BOX 845
Kings Beach, CA 96143

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$105,838.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  CONVERTIBLE DEBT
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
FETCH, LLC
6700 VIA AUSTI PKWY
STE C
LAS VEGAS, NV 89119

Date(s) debt was incurred  6/26/2015
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,779,864.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  MONEY LOANED
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
G. BLAKE AND RUTH F. SMITH FAMILY
TRUST
ONE EAST LIBERTY STREET
SUITE 444
Reno, NV 89501

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$23,090.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  CONVERTIBLE DEBT
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS | Case number (if known) | 17-50472 |
|---|---|---|---|
| | Name | | |

**3.39** Nonpriority creditor's name and mailing address
GABRIEL SOMOZA
3045 SLATER CT.
Reno, NV 89503

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

**3.40** Nonpriority creditor's name and mailing address
GABRIELLE PEREZ
3331 SHARI WAY
Sparks, NV 89431

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

**3.41** Nonpriority creditor's name and mailing address
GARDNER FAMILY TRUST
9028 PARK FOREST COURT
Las Vegas, NV 89134

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $23,090.57
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No ☐ Yes

**3.42** Nonpriority creditor's name and mailing address
GBS 1401 S. VIRGINIA ST., LLC
ATTN: BLAKE SMITH
1 EAST LIBERTY STREET
SUITE 444
RENO, NV 89501

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: COMMERCIAL LEASE

Is the claim subject to offset? ☒ No ☐ Yes

**3.43** Nonpriority creditor's name and mailing address
GEOFFREY BLAKE SMITH
4005 ODILE CT.
Reno, NV 89511

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

**3.44** Nonpriority creditor's name and mailing address
GOLDBERG, ROBERT
CRYSTAL BAY REVOCABLE TRUST
P.O. BOX 248
Crystal Bay, NV 89402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $26,154.69
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CONVERTIBLE DEBT

Is the claim subject to offset? ☐ No ☒ Yes

Debtor  __BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS__    Case number (if known)    __17-50472__
      Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,354.47 |
|---|---|---|---|

GRIST, BARNABY J.
255 NORTH SIERRA
UNIT 1812
Reno, NV 89501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CONVERTIBLE DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GUY THOMAS
5101 WATERLOO DRIVE
Acworth, GA 30101

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,494.00 |
|---|---|---|---|

HOLLAND & HART
PO BOX 8749
DENVER, CO 80201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS/SERVICE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

HOLLEY DRIGGS WALCH, ET AL.
ATTN: ACCOUNTS RECEIVABLE
400 S. FOURTH ST., 3RD FL
LAS VEGAS, NV 89101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS/SERVICE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

INFLUENCE AND CO
2005 W. BROADWAY, BUILDING A
STE 210
COLUMBIA, MO 65203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS/SERVICE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,830.00 |
|---|---|---|---|

INTACCT CORPORATION
DEPT 3237
PO BOX 123237
DALLAS, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS/SERVICE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,445.38 |
|---|---|---|---|

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __GOODS/SERVICE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS                              Case number (if known)    17-50472
_____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.52**
Nonpriority creditor's name and mailing address
JACKLYN VANDERWELL
11380 LITTLE RIVER
Reno, NV 89506

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.53**
Nonpriority creditor's name and mailing address
JACOB MEDEIROS
1855 SELMI DR.
APT. C320
Reno, NV 89521

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.54**
Nonpriority creditor's name and mailing address
JANET SOLIS
1725 VANCE WAY
Sparks, NV 89431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.55**
Nonpriority creditor's name and mailing address
JENNIFER AMARO-PALACIOS
1798 MATTEONI DRIVE
Sparks, NV 89434

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.56**
Nonpriority creditor's name and mailing address
JESSICA MURILLA
UNKNOWN

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.57**
Nonpriority creditor's name and mailing address
JOSHUA PANGELINAN
12330 ROCKY MOUNTAIN
Reno, NV 89506

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset?  ☑ No  ☐ Yes

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**          Case number (if known)    **17-50472**
_____Name_____

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JOSHUA SMITH**
**355 MADISON MARIE LANE**
**Reno, NV 89503**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JUSTIN BURKE**
**2420 LOS PINOS DR.**
**Sparks, NV 89441**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAMRON DAVIS**
**UNKNOWN**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KEGAN PETERSON**
**2401 RIVIERA STREET**
**Reno, NV 89509**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KIMBERLY PINA**
**6085 EASTGATE DR.**
**Sun Valley, NV 89433**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,201.50 |

**KONCOV, ALEX**
**16127 BRIDGEHAMPTON CLUB STREET**
**Charlotte, NC 28277**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                    Case number (if known)    17-50472
         Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.61 |
|---|---|---|---|

**KONICA MINOLTA**
DEPT. LA 22988
Pasadena, CA 91185-2988

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICES

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRISTIN STITH**
3544 HERONS CIRCLE
Reno, NV 89502

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KYLE FIELD**
2520 CHATEAU DR.
Jackson, MI 49201

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,037.45 |
|---|---|---|---|

**LEXISNEXIS RISK SOLUTION BUREAU**
28330 NETWORK PLACE
CHICAGO, IL 60673

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICE

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS COMBS**
9350 DOUBLE R BLVD
APT 2416
Reno, NV 89521

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS PATTON**
1080 NEVADA ST.
APT. B
Reno, NV 89503

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS                    Case number (if known)    17-50472
      Name

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.70** Nonpriority creditor's name and mailing address
LUCERO AGUIRRE
1288 GILLY LANE
Sparks, NV 89434

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address
MARCUS CASEY
UNKNOWN

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address
MARITZA CASILLAS
2490 TYBO AVE.
Reno, NV 89512

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address
MATTHEW BLACK
444 KIRMAN AVE.
APT. E12
Reno, NV 89502

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address
METROPOLITAN EQUITY PARTNERS
MANAGEMENT
70 EAST 55TH STREET
19TH FL
NEW YORK, NY 10022

As of the petition filing date, the claim is: *Check all that apply.*    **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  GOODS/SERVICE

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address
MIAH BROUHARD
14522 QUAIL ROCK
Reno, NV 89511

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**     Case number *(if known)*    **17-50472**
_____
Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL SITTON**
6445 PEBBLE BEACH
Reno, NV 89502

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRIAM MENDOZA**
505 E. GAULT WAY
Sparks, NV 89431

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MONTEREY FINANCIAL SERVICES, INC.**
PROFIT SHARING PLAN AND TRUST
4095 AVENIDA DE LA PLATA
OCEANSIDE, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **RECEIVABLES PURCHASE AGREEMENT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MORGAN MCHENRY**
805 KUENZIL STREET
APT. C320
Reno, NV 89521

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.88 |
|---|---|---|---|

**NELSON, CHARLIE**
7556 AVILA DRIVE
Sparks, NV 89436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **GOODS/SERVICES**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NEXHILL FINANCING, LLC**
C/O MARK SMALLHOUSE, ESQ.
10775 DOUBLE R BLVD., STE 106
RENO, NV 89521

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **PENDING LITIGATION**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NEXTEP FUNDING, LLC**
C/O MARK SMALLHOUSE, ESQ.
10775 DOUBLE R BLVD., STE 106
RENO, NV 89521

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **PENDING LITIGATION**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**                     Case number (if known)  **17-50472**
　　　　　Name

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NICK BREWER**
**531 E. TAYLOR STREET**
**Reno, NV 89502**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PINOGY RETAIL SERVICES LLC**
**C/O BRIAN DAVIS**
**9484 DOUBLE R BLVD., SUITE A**
**Reno, NV 89521**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  ANY POTENTIAL CLAIMS

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,895.50 |
|---|---|---|---|

**POLYCOMP TRUST COMPANY CDN FBO**
**AUDREY PRINCE DAMONTE IRA**
**9425 DOUBLE R BLVD. SUITE F**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHEL SNELLBAKER**
**UNKNOWN**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA LINCOLN**
**PO BOX 100929**
**South Lake Tahoe, CA 96158**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICARDO HERNANDEZ**
**115 MONUMENTAL CR.**
**Sparks, NV 89436**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**     Case number (if known)  __17-50472__
         Name

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT POULTON**
**1860 SKY MOUNTAIN DR.**
**Reno, NV 89523**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,090.57 |
|---|---|---|---|

**S & B 2028, LLC**
**11500 S. EASTERN AVENUE**
**SUITE 210**
**Henderson, NV 89052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CONVERTIBLE DEBT**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**S.C. DEPT OF CONSUMER AFFAIRS**
**LEGAL DIVISION- REGISTERED CREDITORS**
**PO BOX 5246**
**COLUMBIA, SC 29250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SAMUEL L. PAUL**
**C/O MARK SMALLHOUSE, ESQ.**
**10775 DOUBLE R BLVD**
**RENO, NV 89521**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **PENDING LITIGATION**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAUL PEREZ**
**3331 SHARI WAY**
**Sparks, NV 89431**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.58 |
|---|---|---|---|

**SCHAFF, RICK**
**1401 S. VIRGINIA STREET, SUITE 100**
**Reno, NV 89502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **EXPENSE REIMBURSEMENT**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SELINA SIMPSON**
**1039A BAYWOOD DR.**
**Sparks, NV 89434-3000**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    __BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS__         Case number (if known)    __17-50472__
        Name

| | |
|---|---|
| **3.96**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$116,075.10** |
| SENAHILL INVESTMENT GROUP, LLC<br>115 BROADWAY<br>SUITE 301<br>New York, NY 10006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __CONVERTIBLE DEBT__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | |
|---|---|
| **3.97**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| SONIA MARIN<br>3355 1/2 SMITH DR.<br>Reno, NV 89509 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | |
|---|---|
| **3.98**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$23,090.57** |
| STUART R. ENGS, JR. AND JANE N. ENGS<br>FAMILY TRUST<br>5 WILD RIDGE COURT<br>Las Vegas, NV 89135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __CONVERTIBLE DEBT__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | |
|---|---|
| **3.99**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$115,452.84** |
| SWSD, LLC<br>2300 W. SAHARA AVE.<br>SUITE 1110<br>Las Vegas, NV 89102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __CONVERTIBLE DEBT__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | |
|---|---|
| **3.100**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$50,847.00** |
| TANNER LLC<br>36 SOUTH STATE STREET, STE 600<br>SALT LAKE CITY, UT 84111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __GOODS/SERVICE__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | |
|---|---|
| **3.101**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$23,090.57** |
| TIMOTHY CASHMAN AND DENISE<br>CASHMAN<br>REVOCABLE TRUST<br>2300 W. SAHARA AVE., SUITE 1110<br>Las Vegas, NV 89102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __CONVERTIBLE DEBT__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | |
|---|---|
| **3.102**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| TIMOTHY KOWALZYK<br>2261 STATE ROUTE 67<br>Galway, NY 12074 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor  __BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS__    Case number (if known)  __17-50472__
         Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

TYLER FISHER
289 OMNI DRIVE
Sparks, NV 89441

Date(s) debt was incurred ___

Last 4 digits of account number ___

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ANY POSSIBLE CLAIMS ARISING OUT OF FORMER EMPLOYMENT

Is the claim subject to offset? ☒ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

WESTMINSTER NATIONAL CAPITAL CO.
C/O JACK COOK
PRINCETON ALTERNATIVE FUNDING
100 CANAL POINTE BLVD., STE 208
PRINCETON, NJ 08540

Date(s) debt was incurred  11/19/2015

Last 4 digits of account number ___

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  GUARANTY OF MONEY LOANED TO BRISTLECONE SPV I, LLC

Is the claim subject to offset? ☒ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,368.50 |
|---|---|---|---|

WONG, EUGENE
P.O. BOX 531457
Henderson, NV 89053

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONVERTIBLE DEBT

Is the claim subject to offset? ☒ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,352.26 |
|---|---|---|---|

WORLDWIDE EXPRESS
5000 MEADOWS ROAD, STE 440
LAKE OSWEGO, OR 97035

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GOODS/SERVICE

Is the claim subject to offset? ☒ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | MICHAEL D. HOY, ESQ.<br>50 W. LIBERTY, ST.<br>STE 840<br>RENO, NV 89501 | Line  3.82<br>☐ Not listed. Explain ___ | |
| 4.2 | MICHAEL PAGNI, ESQ.<br>MCDONALD CARANO WILSON, LLC<br>PO BOX 2670<br>RENO, NV 89505 | Line  3.42<br>☐ Not listed. Explain ___ | ___ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,404,036.19 |

Debtor    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**          Case number (if known)    **17-50472**
          Name

**5c. Total of Parts 1 and 2**                                    5c.    $                          3,404,036.19
     Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50472**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL REAL PROPERTY LEASE FOR BUSINESS PREMISES LOCATED 1401 S. VIRGINIA STREET, SUITE 100, RENO, NV 89502 | |
| | State the term remaining | 50 MONTHS | GBS 1401 S. VIRGINIA ST., LLC ATTN: BLAKE SMITH 1 EAST LIBERTY STREET SUITE 444 RENO, NV 89501 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT COMMENCING JUNE 15, 2016 FOR HOSTING ECOMMERCE WEBSITE FOR SHOPPING AND UNDERWRITING OF LEASE CONTRACTS. CONTRACT CAN BE TERMINATED UPON 2 DAYS NOTICE. | |
| | State the term remaining | | MICROBILT CORPORATION 1640 AIRPORT ROAD SUITE 115 Kennesaw, GA 30144 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | Acct# SECURITY AGREEMENT RECEIVABLES PURCHASE AGREEMENT | |
| | State the term remaining | | MONTEREY FINANCIAL SERVICES, INC. PROFIT SHARING PLAN AND TRUST 4095 AVENIDA DE LA PLATA OCEANSIDE, CA 92056 |
| | List the contract number of any government contract | | |

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 1 of 2

Debtor 1    BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS
    First Name      Middle Name      Last Name

Case number *(if known)*    17-50472

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED MARCH 30, 2016 FOR THE SALE OF CHARGED-OFF ACCOUNTS ONCE THEY BECOME DELINQUENT. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SOUTHWESTERN INVESTORS GROUP, LLC<br>Hamburg, NY 14075 |

Fill in this information to identify the case:

Debtor name **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)  **17-50472**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | ALETHIA HOLDINGS, LLC | 255 N. SIERRA STREET, #608<br>Reno, NV 89501 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☑ E/F  3.104<br>☐ G _____ |
| 2.2 | B. KYLE FERGUSON | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☑ E/F  3.104<br>☐ G _____ |
| 2.3 | B. KYLE FERGUSON | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | FETCH, LLC | ☐ D _____<br>☑ E/F  3.37<br>☐ G _____ |
| 2.4 | B. KYLE FERGUSON | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | BRETT COLEMAN FAMILY TRUST | ☐ D _____<br>☑ E/F  3.13<br>☐ G _____ |
| 2.5 | BRISTLECONE LENDING, LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☑ E/F  3.104<br>☐ G _____ |

Debtor **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**    Case number *(if known)* **17-50472**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                   *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.6 | BRISTLECONE LENDING, LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | ALICIA GARCIA | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.7 | BRISTLECONE SPV I, LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☒ E/F __3.104__<br>☐ G _____ |
| 2.8 | DRACO VENTURES, LLC | 2483 FARETTO LANE<br>Reno, NV 89511 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☒ E/F __3.104__<br>☐ G _____ |
| 2.9 | DUSTIN WUNDERLICH | 255 N. SIERRA STREET<br>UNIT 608<br>Reno, NV 89501 | FETCH, LLC | ☐ D _____<br>☒ E/F __3.37__<br>☐ G _____ |
| 2.10 | DUSTIN WUNDERLICH | 255 N. SIERRA STREET<br>UNIT 608<br>Reno, NV 89501 | BRETT COLEMAN FAMILY TRUST | ☐ D _____<br>☒ E/F __3.13__<br>☐ G _____ |
| 2.11 | DUSTIN WUNDERLICH | 255 N. SIERRA STREET<br>UNIT 608<br>Reno, NV 89501 | ALICIA GARCIA | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.12 | DUSTY WUNDERLICH | 255 N. SIERRA STREET #608<br>Reno, NV 89501 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☒ E/F __3.104__<br>☐ G _____ |
| 2.13 | I DO LENDING, LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☒ E/F __3.104__<br>☐ G _____ |

Debtor    BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS            Case number *(if known)*    17-50472

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                    Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.14 | MEDLY LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☑ E/F   3.104<br>☐ G _____ |
| 2.15 | ONE ROAD LENDING, LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☑ E/F   3.104<br>☐ G _____ |
| 2.16 | WAGS LENDING, LLC | 1401 S. VIRGINIA STREET, STE. 100<br>Reno, NV 89502 | WESTMINSTER NATIONAL CAPITAL CO. | ☐ D _____<br>☑ E/F   3.104<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name    **BRISTLECONE, INC. DBA BRISTLECONE HOLDINGS**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50472**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May  9, 2017        X _____
                                    Signature of individual signing on behalf of debtor

                                    **BRANDON KYLE FERGUSON**
                                    Printed name

                                    **PRESIDENT/ CEO**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy