# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: [CASE NAME] | In RE: Bristlecone, Inc, dba Bristlecone H | **Case No.** | BK-17-50472-BTB (Chapter 11) |
|---|---|---|---|
| | | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    4/30/2017              **PETITION DATE:**        04/18/17

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $3,813,010 | | |
| | b. Total Assets | $20,056,895 | | $21,146,350 |
| | c. Current Liabilities | $70,739 | | |
| | d. Total Liabilities | $35,209,197 | | $40,979,637 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $1,253,181 | | $1,253,181 |
| | b. Total Disbursements | $1,177,727 | | $1,177,727 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $75,455 | $0 | $75,455 |
| | d. Cash Balance Beginning of Month | $204,520 | | $204,520 |
| | e. Cash Balance End of Month (c + d) | $279,975 | $0 | $279,975 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($318,941) | | ($318,941) |
| 5. | **Account Receivables (Pre and Post Petition)** | $2,384,565 | | |
| 6. | **Post-Petition Liabilities** | $70,739 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | X |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15.  Check if paid: Post-petition taxes ___ ;        U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition
     tax reporting and tax returns: ___ .
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
     reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:    5/31/2017 0:00                    /s/  Richard G. Shaff, CFO
                                              Responsible Individual

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 04/30/17 _____

| | Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **Revenues:** | | |
| $1,565,394 | | $1,565,394 | 1 | Gross Sales | | $1,565,394 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | | |
| $1,565,394 | $0 | $1,565,394 | 3 | Net Sales | | $1,565,394 | $0 |
| $1,606,492 | | ($1,606,492) | 4 | less: Cost of Goods Sold (Schedule 'B') | | $1,606,492 | |
| ($41,098) | $0 | ($41,098) | 5 | Gross Profit | | ($41,098) | $0 |
| | | $0 | 6 | Interest | | | |
| | | $0 | 7 | Other Income: | | | |
| | | $0 | 8 | | | | |
| | | $0 | 9 | | | | |
| ($41,098) | $0 | ($41,098) | 10 | **Total Revenues** | | ($41,098) | $0 |
| | | | | **Expenses:** | | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | | |
| $87,361 | | ($87,361) | 12 | Salaries | | | |
| | | $0 | 13 | Commissions | | | |
| | | $0 | 14 | Contract Labor | | | |
| | | | | Rent/Lease: | | | |
| | | $0 | 15 | Personal Property | | | |
| | | $0 | 16 | Real Property | | | |
| $350 | | ($350) | 17 | Insurance | | | |
| | | $0 | 18 | Management Fees | | | |
| | | $0 | 19 | Depreciation | | | |
| | | | | Taxes: | | | |
| | | $0 | 20 | Employer Payroll Taxes | | | |
| $8,664 | | ($8,664) | 21 | Real Property Taxes | | | |
| $15,420 | | ($15,420) | 22 | Other Taxes | | | |
| | | $0 | 23 | Other Selling | | | |
| $84,436 | | ($84,436) | 24 | Other Administrative | | | |
| $20,576 | | ($20,576) | 25 | Interest | | | |
| | | $0 | 26 | Other Expenses: | | | |
| $8,028 | | ($8,028) | 27 | Marketing and Advertising | | | |
| $15,928 | | ($15,928) | 28 | Other Payroll related | | | |
| $213 | | ($213) | 29 | Other Utilities | | | |
| $33,993 | | ($33,993) | 30 | Professional Fees | | | |
| $2,874 | | ($2,874) | 31 | Other Operating | | | |
| | | $0 | 32 | | | | |
| | | $0 | 33 | | | | |
| | | $0 | 34 | | | | |
| $277,843 | $0 | ($277,843) | 35 | **Total Expenses** | | $0 | $0 |
| ($318,941) | $0 | ($318,941) | 36 | Subtotal | | ($41,098) | $0 |
| | | | | **Reorganization Items:** | | | |
| | | $0 | 37 | Professional Fees | | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | 42 | | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | | $0 | $0 |
| ($318,941) | $0 | ($318,941) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | ($41,098) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| ($318,941) | $0 | ($318,941) | 46 | **Net Profit (Loss)** | | ($41,098) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____ 04/30/17 _____

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $279,975 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $2,384,565 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $1,113,255 |
| 6 | Professional retainers | | |
| 7 | Other:  Deposits | | $30,976 |
| 8 | Employee Advance | | $4,240 |
| 9 | **Total Current Assets** | | $3,813,010 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $50,875 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other:  Leased Assets Held, Net | D | $16,193,009 |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $16,243,884 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $20,056,895 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | | | |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | $20,996 |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $321,826 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:    Lease accounting liabilities | | ($272,083) |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $70,739 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $70,739 |

**Pre-Petition Liabilities (allowed amount)**

| # | | | |
|---|---|---|---|
| 47 | Secured claims | F | $28,767,929 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $6,370,529 |
| 50 | **Total Pre-Petition Liabilities** | | $35,138,458 |
| 51 | **Total Liabilities** | | $35,209,197 |

**Equity (Deficit)**

| # | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($20,933,288) |
| 53 | Capital Stock | $1,100,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($318,941) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | $4,999,927 |
| 59 | **Total Equity (Deficit)** | ($15,152,302) |
| 60 | **Total Liabilities and Equity (Deficit)** | $20,056,895 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $142,958 | $321,826 | |
| 31-60 Days | $6,855 | | |
| 61-90 Days | $16,208 | | $0 |
| 91+ Days | $25,796 | | |
| Total accounts receivable/payable | $191,817 | $321,826 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $191,817 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
| Leased Assets Depreciation | $1,246,351 |
| Leased Assets Impairment | ($114,643) |
| Lease Receivable Impairment | $130,430 |
| Cost of Contract Sales | ($4,650) |
| Servicing Fees and Other | $138,589 |
| Interest Expense - Contract Financing | $210,415 |
| Less - | |
| Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $1,606,492 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

    Yes _____    No _____

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | ___ |
| LIFO cost | ___ |
| Lower of cost or market | ___ |
| Retail method | ___ |
| Other | ___ |
|   Explain | |

**Schedule C**
**Real Property**

| Description | N/A | Cost | Market Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

Description — **SEE ATTACHED**

| | | Cost | Market Value |
|---|---|---|---|
| Machinery & Equipment - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Furniture & Fixtures - | | | |
| | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Office Equipment - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Leasehold Improvements - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Vehicles - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | $14,360 | | | | $14,360 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $14,360 | $0 | $0 | $0 | $14,360 |
| **Total Taxes** | $14,360 | $0 | $0 | $0 | $14,360 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $33,925,460 | $28,767,929 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $6,420,272 | $0 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 | |
|---|---|---|---|---|---|
| Bank | | | | | **See attached** |
| Account Type | | | | | |
| Account No. | | | | | |
| Account Purpose | | | | | |
| Balance, End of Month | | | | | |
| Total Funds on Hand for all Accounts | $0 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    04/30/17

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $1,252,252 | $1,252,252 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $1,252,252 | $1,252,252 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory/Leased Assets | $507,753.22 | $507,753 |
| 14 | Selling | $180 | $180 |
| 15 | Administrative | | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | $466,494 | $466,494 |
| 18 | Interest Paid | $88,095 | $88,095 |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $111,824 | $111,824 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | Employee Reimbursements | $2,451 | $2,451 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $1,176,797 | $1,176,797 |
| 39 | **Net Increase (Decrease) in Cash** | $75,455 | $75,455 |
| 40 | **Cash Balance, Beginning of Period** | $204,520 | $204,520 |
| 41 | **Cash Balance, End of Period** | $279,975 | $279,975 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended April 30 2017

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $1,252,252 | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | $180 | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | $88,095 | |
| 10 | Cash Paid for Net Payroll and Benefits | $111,824 | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Employee Reimbursements | $2,451 | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $1,049,702 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $1,049,702 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures/Leased Assets | $507,753 | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | ($507,753) | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | $466,494 | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | ($466,494) | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $75,455 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $204,520 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $279,975 | $0 |

Revised 1/1/98

**Bristlecone Inc**
**Property and Equipment**
**As of April 30, 2017**

### Acct 1542 – Office Furniture and Equipment

| Description | Date of Purchase |
|---|---|
| TECRA A50 Computer | 1/20/2015 |
| HP SB ML310E GEN8V2 E3-1240V3 SFF | 2/4/2015 |
| HP 300GB 6G SAS 10K RPM SFF | 3/17/2015 |
| UN55H6350A | 4/29/2015 |
| Microsoft Surface | 5/26/2015 |
| Microsoft Surface (2) | 6/4/2015 |
| Microsoft Surface | 6/17/2015 |
| Microsoft Surface | 7/6/2015 |
| Microsoft Surface | 8/18/2015 |
| Dell E2414Hr 24Inch LEDLit Monitor | 8/18/2015 |
| TECRA A50 Computer | 9/9/2015 |
| Microsoft Surface | 9/29/2015 |
| Metrex II Mesh Task Chair (10) | 10/14/2015 |
| Microsoft Surface | 10/15/2015 |
| Microsoft Surface | 10/27/2015 |
| Microsoft Surface | 10/27/2015 |
| Microsoft Surface | 11/2/2015 |
| Microsoft Surface | 11/2/2015 |
| Microsoft Surface | 11/6/2015 |
| Microsoft Surface Dock | 11/9/2015 |
| Microsoft Surface and Dock | 11/18/2015 |
| Microsoft Surface | 11/19/2015 |
| Microsoft Surface 4 | 11/10/2015 |
| Monitor | 12/8/2015 |
| Dell SonicWALL | 12/17/2015 |
| Microsoft Surface 4 | 12/17/2015 |
| Sony 75" Smart TV | 12/15/2015 |
| TECRA A50 Computer | 12/21/2015 |
| TECRA A50 Computer | 12/22/2015 |
| Bay Mesh Chairs (4) | 4/8/2015 |
| Microsoft Surface | 4/6/2015 |
| Konica Minolta Bizhub C452 | 4/30/2015 |
| Microsoft Surface | 7/23/2015 |
| CAT 5E Cable | 9/8/2015 |
| 20 amp Circuit | 5/13/2015 |
| HP 2530-48G-2SFP+Switch (2) | 2/2/2016 |
| Microsoft Surface Pro 4 (1) and Dock (2) | 5/20/2016 |
| Office Modular Furniture | 5/25/2016 |
| Microsoft Surface Pro 4 (1) and Type Cover (1) | 6/10/2016 |
| Office Desk - Assembled | 8/1/2016 |
| Office Furniture Accessories | 8/16/2016 |
| Microsoft Surface Pro 4, dock and Type cover w/fingerprint ID | 8/28/2016 |
| Leather Chairs (2) | 9/5/2016 |
| Framed Picture | 10/18/2016 |
| Metal Wall Art | 11/1/2016 |
| Computer Monitors + Peripherals (2) | 11/10/2016 |
| Samsung 58 in LED Smart HDTVTV (2) | 11/23/2016 |
| Microsoft Surface Pro 4 and Type Cover | 12/13/2016 |
| Microsoft Surface Pro 4 and Type Cover | 12/13/2016 |
| Samsung - 58" Class (57.5" Diag.) - LED - 1080p - Smart - HDTV - Black | 1/4/2017 |
| Samsung - 58" Class (57.5" Diag.) - LED - 1080p - Smart - HDTV - Black | 1/4/2017 |
| Microsoft Surface Dock | 1/4/2017 |
| Microsoft Surface | 2/7/2017 |
| Microsoft Surface Typecover with Fingerprint ID | 2/7/2017 |
| Microsoft Surface Typecover | 2/7/2017 |

| | |
|---|---|
| Microsoft Surface Dock | 2/7/2017 |
| Microsoft Surface | 2/7/2017 |
| Microsoft Surface Dock | 2/7/2017 |
| Microsoft Surface | 2/23/2017 |
| Microsoft Surface Typecover | 2/23/2017 |
| Microsoft Surface Dock | 2/23/2017 |
| Microsoft Surface | 3/14/2017 |

**Acct 1550 - Tablets & Kiosks**

| Description | Date |
|---|---|
| Bristlecone Kiosk | 07/23/14 |
| Puppies Plus Reno Kiosk | 09/24/14 |
| Furniture USA Kiosk | 09/24/14 |
| Kyle Field Kiosk | 09/24/14 |
| Furniture Discounters Kiosk | 09/24/14 |
| Furniture Barn Kiosk | 09/24/14 |
| That Furniture Outlet Kiosk | 09/24/14 |
| 1 Furniture & Mattress Gallery Paterson Kiosk | 09/24/14 |
| Brothers Furniture Warehouse Kiosk | 09/24/14 |
| Adora Home Hackensack Kiosk | 09/24/14 |
| Buy and Save Furniture Kiosk | 11/20/14 |
| Classic Furniture Kiosk | 11/20/14 |
| Pitusa Furniture Elizabeth Kiosk | 11/20/14 |
| S&S Furniture Gallery Linden Kiosk | 11/20/14 |
| Bristlecone Kiosk | 11/20/14 |

**Acct 1555 - Leasehold Improvements**

| Description | Date |
|---|---|
| Access Control System | 5/13/2016 |
| Cabling (IT) | 07/20/16 |
| Access Control System | 08/11/16 |
| Window Tinting | 09/13/16 |
| Window Shades for Upstairs Offices | 11/9/2016 |
| Cabling for new office | 6/13/2016 |
| Design Fees for new furniture | 05/25/16 |
| Cable Organizer | 06/14/16 |
| Cable Organizer | 09/24/16 |

| Vendor | Location | Cost | Estimated Market Value |
|---|---|---|---|
| Toshiba | Tech | 1,615.84 | 250.00 |
| CDW | Tech | 2,719.81 | 250.00 |
| CDW | Tech | 1,308.51 | 250.00 |
| Best Buy | 1401 S. Virginia | 969.51 | 250.00 |
| Best Buy | Culture | 1,378.86 | 250.00 |
| Best Buy | 1401 S. Virginia | 2,624.42 | 250.00 |
| Amazon | 1401 S. Virginia | 1,108.18 | 250.00 |
| Amazon | 1401 S. Virginia | 705.99 | 250.00 |
| Amazon | 1401 S. Virginia | 1,110.95 | 250.00 |
| Amazon | 1401 S. Virginia | 150.80 | 250.00 |
| Toshiba | 1401 S. Virginia | 1,488.52 | 250.00 |
| Amazon | 1401 S. Virginia | 1,073.97 | 250.00 |
| Costco | 1401 S. Virginia | 1,184.76 | 250.00 |
| Best Buy | Kiosk | 754.06 | 250.00 |
| Best Buy | Kiosk | 1,400.42 | 250.00 |
| Best Buy | Kiosk | 894.09 | 250.00 |
| Best Buy | 1401 S. Virginia | 1,540.43 | 250.00 |
| Best Buy | 1401 S. Virginia | 1,540.43 | 250.00 |
| Best Buy | 1401 S. Virginia | 1,540.45 | 250.00 |
| Best Buy | 1401 S. Virginia | 613.97 | 250.00 |
| Best Buy | 1401 S. Virginia | 1,610.47 | 250.00 |
| Best Buy | 1401 S. Virginia | 1,572.76 | 250.00 |
| Best Buy | 1401 S. Virginia | 2,369.94 | 500.00 |
| Amazon | Executive | 689.00 | 250.00 |
| NewEgg | 1401 S. Virginia | 1,644.00 | 250.00 |
| Best Buy | 1401 S. Virginia | 1,572.76 | 250.00 |
| Best Buy | 1401 S. Virginia | 3,231.73 | 1,500.00 |
| Toshiba | 1401 S. Virginia | 1,458.14 | 250.00 |
| Toshiba | 1401 S. Virginia | 1,458.14 | 250.00 |
| Costco | 1401 S. Virginia | 430.86 | 50.00 |
| Best Buy | 1401 S. Virginia | 1,669.73 | 250.00 |
| Konica Minolta | 1401 S. Virginia | 3,280.38 | 850.00 |
| Sara Rasmussen | 1401 S. Virginia | 1,508.14 | 250.00 |
| Amazon | 1401 S. Virginia | 676.00 | - |
| Tim Milton Construction | 1401 S. Virginia | 254.00 | - |
| Amazon | 1401 S. Virginia | 1,618.98 | 500.00 |
| Best Buy | 1401 S. Virginia | 2,488.37 | 250.00 |
| Henriksen Butler Nevada | 1401 S. Virginia | 64,681.44 | 35,000.00 |
| Best Buy | 1401 S. Virginia | 2,111.39 | 250.00 |
| Western NV, Lowes | 1401 S. Virginia | 7,805.99 | 250.00 |
| Blessings in a Bucket | 1401 S. Virginia | 1,459.41 | - |
| Best Buy | 1401 S. Virginia | 2,219.10 | 500.00 |
| RC Willey | 1401 S. Virginia | 2,876.23 | 500.00 |
| Aaron Brothers | 1401 S. Virginia | 2,463.33 | 1,000.00 |
| Solinski Fabrication | 1401 S. Virginia | 1,348.00 | 100.00 |
| Newegg | 1401 S. Virginia | 1,318.16 | 150.00 |
| Best Buy | 1401 S. Virginia | 926.42 | 250.00 |
| Best Buy | Executive | 1,292.68 | 250.00 |
| Costco | Sales | 1,371.27 | 250.00 |
| Samsung | 1401 S. Virginia | 484.75 | 150.00 |
| Samsung | 1401 S. Virginia | 484.75 | 150.00 |
| Microsoft | 1401 S. Virginia | 273.60 | 25.00 |
| Microsoft | 1401 S. Virginia | 1,023.38 | 250.00 |
| Microsoft | Executive | 172.35 | 25.00 |
| Microsoft | Accounting | 98.01 | 25.00 |

| | | | |
|---|---|---|---|
| Microsoft | Accounting | 161.58 | 25.00 |
| Microsoft | Accounting | 1,831.31 | 250.00 |
| Microsoft | Accounting | 160.50 | 25.00 |
| Microsoft | Compliance | 1,023.38 | 250.00 |
| Microsoft | Compliance | 104.48 | 25.00 |
| Microsoft | Compliance | 321.00 | 25.00 |
| Microsoft | Analytics | 1,420.42 | 250.00 |
| | | 150,690.30 | 50,875.00 |

| Vendor | Location | Cost | Estimated Market Value |
|---|---|---|---|
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.42 | - |
| | 1401 S. Virginia | 966.42 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.43 | - |
| | 1401 S. Virginia | 966.42 | - |
| | 1401 S. Virginia | 966.42 | - |
| | 1401 S. Virginia | 966.42 | - |
| | 1401 S. Virginia | 966.42 | - |
| | 1401 S. Virginia | 966.42 | - |
| | | 14,496.38 | - |

| Vendor | Location | Cost | Estimated Market Value |
|---|---|---|---|
| | 1401 S. Virginia | 507.74 | |
| | | | - |
| | 1401 S. Virginia | 9,454.06 | - |
| | 1401 S. Virginia | 3,205.33 | - |
| | 1401 S. Virginia | 2,435.27 | - |
| | 1401 S. Virginia | 3,638.84 | - |
| | 1401 S. Virginia | 4,441.98 | - |
| | 1401 S. Virginia | 18,368.80 | - |
| | 1401 S. Virginia | 1,110.46 | - |
| | 1401 S. Virginia | 130.02 | - |
| | | 43,292.50 | - |

**Bristlecone Inc**
**Property and Equipment**
**As of April 30, 2017**

| Bank Name | Bank Address | Bank Account Number | Account Name | Account Type | Balance at April 30, 2017 |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 1626805780 | One Road | Checking | - |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 4123086753 | WAGS | Checking | - |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 4127085553 | I DO | Checking | - |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 4225044635 | Bristlecone Holdings | Checking | 277,489.82 |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 4225044643 | Bristlecone Financing | Checking | - |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 8626536810 | Bristlecone Inc. - Checking | Checking | 1,630.61 |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 8626572732 | SPV1 - Outgoing | Checking | 492.91 |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 8626572757 | SPV1 - Incoming | Checking | - |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 8626680394 | Boon LLC | Checking | (186.28) |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 8626680394 | Boon LLC | Lockbox | - |
| Wells Fargo | Wells Fargo Bank, N.A. (825) P.O. Box 6995 Portland, OR 97228-6995 | 482215188996 | Medly Lending Merchant Services | Credit Card Processing | 467.95 |
| Utah Community Bank | 820 East 9400 South Sandy, UT 84094 | 11015856 | Bristlecone Holdings LLC | Business Checking Account | 0.50 |
| Petty Cash | | | | Petty Cash | 79.10 |
| | | | | | 279,974.61 |